IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00152-WYD-KLM

KATHLEEN BAKER,

Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, LLC, d/b/a Ford Motor Credit Company, and
FORD MOTOR CREDIT COMPANY,

Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Joint Motion for Entry of a Stipulated Protective Order** [Docket No. 14; Filed March 23, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: March 23, 2010