IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00152-WYD-KLM

KATHLEEN BAKER,

      Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, LLC, d/b/a Ford Motor Credit Company, and
FORD MOTOR CREDIT COMPANY,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on a **Joint Motion to Reschedule Scheduling Conference** [Docket No. 18; Filed April 6, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for April 12, 2010 at 11:00 a.m. is **vacated** and **reset to April 27, 2010 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **April 20, 2010**.

      Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **April 20, 2010**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

      Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  April 8, 2010