IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00152-WYD-KLM

KATHLEEN BAKER,

    Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, LLC, d/b/a Ford Motor Credit Company,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion to Amend the Scheduling Order and Certification Pursuant to Rule D.C.COLO.LCivR 7.1 and D.C.COLO.LCivR 6.1E** [Docket No. 43; Filed July 30, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#27] is amended to provide that Plaintiff shall designate all rebuttal experts 28 days after Defendant has fully designated its experts.

    Dated: August 2, 2010