THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00152-WYD-KLM

KATHLEEN BAKER,

    Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, LLC, d/b/a Ford Motor Credit Company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THE COURT, having reviewed the parties Stipulation for Dismissal With Prejudice (ECF No. 50), and being fully informed on the issues, hereby

ORDERS that the above-referenced case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own costs, attorney fees, and expenses.

Dated this 3rd day of September, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        CHIEF UNITED STATES DISTRICT JUDGE